FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0549

_____

THOMAS FLOWERS,

       Petitioner and Appellant,

   v.

BOARD OF PERSONNEL APPEALS,
MONTANA DEPARTMENT OF FISH,
WILDLIFE AND PARKS,

       Respondents and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James P. Reynolds, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 1 2020